

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Artis Charles Harrell v. Jerome Godinich Junior

Appellate case number:   01-21-00720-CV

Trial court case number:  2018-30856

Trial court:                190th District Court of Harris County

Appellant has fielded motions requesting (1) a copy of the clerk's record and (2) an extension of time to file appellant's brief. The motions are granted. Accordingly, we direct the trial court clerk to send a copy of the clerk's record to appellant within **7 days** of this order. Because appellant has not requested a copy of the reporter's record and asserts that no reporter's record is needed, appellant's brief shall be due by **September 5, 2022.**

It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                            Acting individually


Date:  ____August 2, 2022_____